IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:21-CR-31-TES |
| | : | |
| v. | : | |
| | : | |
| VICTOR MENDOZA | : | |
| a/k/a "DINO" | : | |
| Defendant | : | |
| | : | |

## ORDER TO DISMISS

Before the Court is the United States' unopposed motion to dismiss the above-styled

Indictment as to Defendant Hendrex Nicely pursuant to Federal Rule of Criminal Procedure

48(a). On June 13, 2023, Defendant entered a plea in Case No. 3:22- CR-25 pursuant to a plea

agreement which included facts pertaining to the conduct alleged in the previous indictment as

relevant conduct.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc.

51, and hereby ORDERS that the pending Indictment against Defendant Victor Mendoza be

DISMISSED with prejudice.

**SO ORDERED**, this 13th day of June, 2023.

TILMAN E. SELF, III, U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT