IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**HENDREX NICELY,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:21-cr-00031-TES-CHW** |

### ORDER TO DISMISS[1]

Before the Court is the United States' unopposed Motion to Dismiss [Doc. 51] asking the Court to dismiss the above-styled Indictment [Doc. 1] as to Defendant Hendrex Nicely pursuant to Federal Rule of Criminal Procedure 48(a). On June 13, 2023, Defendant entered a plea in Case No. 3:22-cr-25 pursuant to a plea agreement which included facts pertaining to the conduct alleged in the previous indictment as relevant conduct.

Accordingly, the Court **GRANTS** the United States' Motion to Dismiss [Doc. 51] and hereby **ORDERS** that the pending Indictment against Defendant Hendrex Nicely be **DISMISSED with prejudice**.

**SO ORDERED**, this 14th day of June, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court **VACATES** its previous Order [Doc. 52].